IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                                                                    PLAINTIFF

    v.                              Civil No. 13-3049

SHERIFF MIKE MOORE; JAIL
ADMINISTRATOR JASON DAY;
and JAILER BOBBY ENGALLS                                                                  DEFENDANTS

## **ORDER**

Pending before me for decision are a motion to compel (Doc. 22) and a motion for access to a law library (Doc. 26). Both motions were filed by the Plaintiff.

In the motion to compel (Doc. 22), Plaintiff states he requested a copy of the "Jail Standards" and Defendants have objected. Defendants objected stating that:

> Objection. Interrogatory No. 5 is overly broad, unduly burdensome, and not reasonably calculated to lead to discoverable material. To the extent Plaintiff is requesting relevant policies and procedures of the Boone County Detention Center, please identify which policies and procedures you are requesting or which Jail Standard you are requesting.

(Doc. 24).

The motion to compel (Doc. 22) is granted. It seems clear to the Court that Plaintiff is seeking a copy of the Jail Standards published by the Criminal Detention Facility Review Commission. Without having access to at least the table of contents, Plaintiff has no way of identifying the specific standards he is seeking. Defendants are directed to provide Plaintiff with the Jail Standards in effect during his incarceration. This information should be provided by **September 13, 2013.**

Next, Plaintiff seeks a court order to be provided with a law library (Doc. 26). He indicates he has been denied access. The motion (Doc. 26) is granted in part. Jail Administrator Jason Day is directed to provide the Court with the following information: (1) whether Boone County has a law library or legal materials for the use of detainees; (2) what legal materials are available to detainees; (3) how detainees seek access to the law library or legal materials; (4) who is responsible for granting or denying requests for such access; and (5) the reason Plaintiff has been denied access to such materials. This information should be provided to the Court by **September 13, 2013.**

Finally, the Defendants are directed to file a summary judgment motion by **November 15, 2013.** Once the motion is filed, Plaintiff will be asked to verify his receipt of the motion and notify the Court of how he intends to respond.

IT IS SO ORDERED this 26th day of August 2013.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)